J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Professional Corporation
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

Emmanuel Borowsky, an individual
 and d/b/a Intermuse Arts
5415 Tramore Road
Baltimore, Maryland 21214

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Adobe Systems Incorporated,  )<br>  )<br>             Plaintiff,  )<br>      v.  )<br>  )<br>Emmanuel Borowsky, an individual and d/b/a  )<br>Intermuse Arts and Does 1 – 10, inclusive,  )<br>  )<br>             Defendants.  )<br>_____ ) | Case No. C 10-02394 JSW<br><br>[PROPOSED] DISMISSAL WITH PREJUDICE |

The Court, having read and considered the Stipulated Dismissal with Prejudice that has been executed by Plaintiff Adobe Systems Incorporated ("Plaintiff") and Defendant Emmanuel Borowsky, an individual and d/b/a Intermuse Arts ("Defendant") in this action, and good cause appearing therefore, hereby ORDERS that all claims alleged in the Complaint are dismissed with prejudice and that each side shall bear its own fees and costs of suit.

DATED: August 12, 2010

_____
Hon. Jeffrey S. White
United States District Judge

Adobe v. Borowsky, et al.: Proposed Dismissal             - 1 -